ANDREW A. WOOD (State Bar No. 279403)
aaw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A., on its own behalf and as successor by merger to BAC Home Loans Servicing, LP; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| OLASUMBO TITILOLA AJETUNMOBI,<br><br>                Plaintiff,<br><br>        vs.<br><br>CLARION MORTGAGE CAPITAL, INC.; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP, WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A.; AND DOES 1-10, Inclusive,<br><br>                Defendants. | Case No. 8:12-cv-00568 DOC (JPR)<br>Hon. David O. Carter<br>Ctrm. 9-D<br><br>**JUDGMENT OF DISMISSAL PURSUANT TO ORDER OF DISMISSAL ENTERED MARCH 5, 2013 [DE#35]** |

On July 17, 2012, the Court entered an order granting Defendants

COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A., on its own

behalf and as successor by merger to BAC Home Loans Servicing, LP; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and RECONTRUST COMPANY, N.A.'s Motion to Dismiss Plaintiff's Complaint with prejudice. [DE#12]  On March 5, 2013, the Court entered an Order dismissing the case with Prejudice. [DE#35]

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED, ADJUDGED, AND DECREED that COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A., on its own behalf and as successor by merger to BAC Home Loans Servicing, LP; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and RECONTRUST COMPANY, N.A. (collectively, "Defendants") shall have a judgment of dismissal entered in their favor and against Plaintiff OLASUMBO AJETUNMOBI.  Plaintiff's entire action is dismissed with prejudice as to Defendants.  Plaintiff shall take nothing against Defendants, and Defendants shall recover their costs.

DATED:  June 21, 2013

*David O. Carter*
_____
    HONORABLE DAVID O. CARTER
          U.S. DISTRICT JUDGE